UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marijo Gran,

Plaintiff,

vs.

Walgreen Co., d/b/a Walgreens,

Defendant.

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**

Case No. 00-1618 (DWF/RLE)

---

The parties hereby agree and stipulate that the discovery deadline may be extended for the purposes of completing the discovery depositions of plaintiff's experts.

SCHNEIDER LAW FIRM

By______________________
David W. Schneider (#0254733)
Attorney for Plaintiff
706 South First Street
P.O. Box 776
Willmar, MN 56201
(320) 235-1902

Dated: 4/30, 2001.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By______________________
Brian A. Wood (141690)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7970

DATED: 5-1, 2001

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

(11)

ORDER

Pursuant to the foregoing Stipulation, the deadline for discovery is extended to complete the deposition of Dr. Mark Tibault and Dr. L. Michael Espeland.

BY THE COURT

Dated: May 4, 2001.

Raymond L. Erickson

Attorneys at Law
A Professional Limited Liability Partnership

333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Telephone • 612 • 340 • 7951
Fax • 612 • 340 • 7900
www.riderlaw.com

RLE

RB

RIDER BENNETT
EGAN & ARUNDEL

**Brian A. Wood**
(612) 340-7970
bawood@riderlaw.com

May 2, 2001

Clerk of Court
United States District Court
Suite 202
300 South Fourth Street
Minneapolis, MN 55415

Re: Marijo Gran vs Walgreen Co., d/b/a Walgreens
Case No. 00-1618
Our File No.: 8988/R24418

Dear Clerk:

Enclosed for filing please find a Stipulation and Order to Extend Discovery Deadline regarding the above matter.

Very truly yours,

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Brian A. Wood

BAW\sd
Enclosure
cc: David Schnieder, Esq.